No. 2838. Rivera, Apelante, v. Porto Rico Railway, Light, & Power Co., Apelada.—C. de D. de San Juan, Primer Distrito. R. mar. 13, 1924. Celebrada la vista de esta ape- lación, examinados los alegatos, oída la argumentación oral de la apelada, única que compareció a la vista y examinada la transcripción esta corte llega a la conclusión que la corte inferior no cometió error en la apreciación de la prueba y al declarar culpable a la demandante de negligencia contri- butoria, que fué la causa próxima del accidente por el que

se reclama indemnización; que consta en autos el resultado de la inspección ocular y que dado el resultado de la prueba no cometió error al no permitir cierta evidencia, para probar daños, ni en negar permiso para enmendar la demanda en el juicio y poder presentar dicha evidencia. *García* v. *San Juan Light & Transit Co.*, 17 D. P. R. 626. Confirmada.